## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JAMAHAL BOYD** | : | **Case No. 1:23-cv-687** |
| **7490 Cedarcrest Dr.** | : | |
| **Liberty Township, Ohio 45044** | : | **Judge** |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **THE CROSSROADS CENTER** | : | |
| **311 Martin Luther King Dr. E** | : | |
| **Cincinnati, OH 45220** | : | |
| | : | |
| **Defendant.** | : | |

_____

### COMPLAINT AND JURY DEMAND
_____

Plaintiff Jamahal Boyd, for his Complaint against Defendant, The Crossroads Center ("Crossroads"), states as follows:

### I.    PRELIMINARY STATEMENT

1.    This is a civil rights action arising out of Plaintiff Jamahal Boyd's employment with Crossroads.  Mr. Boyd alleges that he was a victim of discrimination and retaliation and was terminated because of his race.

2.    Mr. Boyd's claims arise under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and the Ohio Civil Rights Act.

3.    Mr. Boyd seeks relief for the aforementioned acts and/or omissions in the form of compensatory damages for both his economic and non-economic injuries.  He also seeks punitive damages and equitable relief in the form of reinstatement or front pay, and an award of his reasonable attorney's fees and costs in prosecuting this matter.

## II. JURISDICTION AND VENUE

4.      The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331 to secure protections and redress deprivations of rights conferred by Title VII and 42 U.S.C. § 1981. This Court may assume supplemental jurisdiction over Mr. Boyd's state law claims pursuant to 28 U.S.C. § 1367 because those claims derive from the same nucleus of operative facts as his federal claims.

5.      Venue with this Court is appropriate because all or part of the claim for relief arose in the Southern District of Ohio.

## III. PARTIES

6.      Plaintiff Jamahal Boyd is a United States citizen and a resident of Butler County, Ohio.  Mr. Boyd is African American.

7.      Defendant Crossroads is an Ohio not for profit corporation that provides behavioral health services in Cincinnati.  Crossroads is an "employer" as that term is defined in Title VII of the Civil Rights Act of 1964 and the Ohio Civil Rights Act.

## IV. ADMINISTRATIVE HISTORY

**8.**      On October 7, 2022, Mr. Boyd filed an administrative charge of discrimination and retaliation against Crossroads with the Equal Employment Opportunity Commission (473-2023-00109).  He alleged that Crossroads discriminated against him because of his race and retaliated against him for protesting race discrimination in the workplace.  The EEOC issued a Notice of Right to Sue on July 26, 2023.  This action is brought within 90 days of receiving the right-to-sue notice.

## V. STATEMENT OF THE CASE

9.      Crossroads hired Mr. Boyd in July 2019 to serve as its Chief Executive Officer.

10.     In 2021, Crossroads hired an outside consultant to conduct a review of the compensation the organization was paying to employees, and to compare it with employee compensation in similar organizations.

11.     The consultant concluded that Crossroads was not paying employees, including the CEO, at rates comparable to similar organizations.

12.     Thereafter, Crossroads's Compensation and Finance Committee raised questions about the accuracy and thoroughness of the consultant's conclusions.   Thereafter, Crossroads engaged a second firm to conduct a similar review with different parameters.

13.     On or about June 7, 2022, the second firm produced a report specifically about the compensation for the CEO position, determining that Mr. Boyd's pay was substantially below the pay of CEOs at comparable organizations in the region.

14.     After receiving the report, Mr. Boyd had a conversation with members of the Compensation and Finance Committee regarding his compensation and the compensation of other individuals within the organization.

15.     Specifically, Mr. Boyd raised concerns that Crossroads's workforce was predominantly African-American and that paying staff far below market rates caused him concern about discrimination against the workforce as a whole based on race.  Mr. Boyd requested that Crossroads review his compensation to ensure it was equitable.

16.     Thereafter, Robert Mecum, the Chair of Crossroads's Board of Trustees (and also a member of the Compensation and Finance Committee), began questioning the agency's revenue and the work Mr. Boyd was doing as CEO.

17.     Mr. Mecum also questioned the propriety of Mr. Boyd receiving an award from the Cincinnati Business Courier as CEO of the Year for nonprofit organizations with less than $50,000,000 in revenue.

18.     Mr. Mecum also accused Mr. Boyd of unspecified financial impropriety.

19.     Ultimately, Mr. Mecum informed the Board of Trustees that he had decided to remove Mr. Boyd as CEO of Crossroads.  Mr. Mecum told the Board that he had reviewed the organization's financial statements and found some items that made him lose confidence in Mr. Boyd's leadership.

20.     Mr. Mecum never questioned Mr. Boyd about any of the allegedly suspicious financial activity, nor did he provide Mr. Boyd the opportunity to address any of the concerns.

21.     Crossroads terminated Mr. Boyd on September 12, 2022.

22.     Crossroads terminated Mr. Boyd on account of his race and in retaliation for protesting acts of race discrimination in the workplace.

23.     As a direct and proximate result of Crossroads's actions, Mr. Boyd has suffered and will continue to suffer damages from lost income and benefits, emotional distress, and damage to his professional reputation.

## VI. STATEMENT OF CLAIMS

### Count 1: Race Discrimination
### 42 U.S.C. § 2000e, 42 U.S.C. § 1981, & Ohio Rev. Code § 4112

24.     Plaintiff incorporates the preceding paragraphs as if fully rewritten herein.

25.     Mr. Boyd is African American.

26.     Mr. Boyd was qualified for the position of CEO.

27.     Crossroads terminated Mr. Boyd.

28.     Mr. Boyd was was replaced as CEO by an individual who is not African-American.

29.     As a result of the Defendant's actions, Mr. Boyd suffered damages, including lost wages and emotional distress.

## Count 2: Retaliation
## 42 U.S.C. § 2000e, 42 U.S.C. § 1981, & Ohio Rev. Code § 4112

30.     Plaintiff incorporates the previous paragraphs as if fully rewritten herein.

31.     Mr. Boyd engaged in protected activity when he opposed race discrimination.

32.     Crossroads was aware of Mr. Boyd's protected activity.

33.     Crossroads took adverse action against Mr. Boyd after he raised concerns that Crossroads was paying its workforce below-market wages because of their race.

34.     There is a causal connection between Mr. Boyd's complaints of racial discrimination and the adverse action Crossroads took against him.

35.     Crossroads's stated reasons for terminating Mr. Boyd are pretext for illegal retaliation.

36.     As a result of Crossroads's actions, Mr. Boyd suffered damages, including lost wages and emotional distress.


## **PRAYER FOR RELIEF**

Wherefore, Mr. Boyd demands judgment against Crossroads as follows:

1.      An award of compensatory damages for all economic damages suffered by Mr. Boyd in an amount to be determined at trial;

2.      An award of compensatory damages for all non-economic damages suffered by Mr. Boyd in an amount to be determined at trial;

3.      For an order reinstating Mr. Boyd to his previous position at Crossroads, inclusive of all pay increases and benefits to which he would have been entitled had he not been terminated, or in the alternative, an award of front pay;

4.      For an award of punitive damages in an amount to be determined at trial;

5.     For an award of Mr. Boyd's reasonable attorney fees and costs;

6.     For an award of any other relief in law or equity to which Mr. Boyd is entitled under the premises.


Respectfully submitted,

**MEZIBOV BUTLER**

/s/ Brian J. Butler
Brian J. Butler (OH No. 0082675)
615 Elsinore Place
Cincinnati, OH 45202
Phone: 513.621.8800
Fax: 513.621.8833
bbutler@mezibov.com

*Counsel for Plaintiff Jamahal Boyd*


## <u>JURY DEMAND</u>

Plaintiff Jamahal Boyd demands a jury trial to resolve all issues of fact related to his Complaint.


/s/ Brian J. Butler
Brian J. Butler (OH No. 0082675)